UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LEO TRIPP, ET AL** | **CIVIL ACTION NO. 17-cv-0542** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **RICHARD PICKENS, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 81) filed by Defendants is **DENIED**.

MONROE, LOUISIANA, this 19th day of November, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE